UNITED STATES BANKRUPTCY COURT

DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>MARGERY KANAMU-<br>KALEHUANANI KEKAUOHA-<br>ALISA,<br><br>               Debtor. | Case No. 05-01215<br>Chapter 7 |
| MARGERY KANAMU-<br>KALEHUANANI KEKAUOHA-<br>ALISA,<br><br>               Plaintiff,<br>  vs.<br><br>AMERIQUEST MORTGAGE<br>COMPANY, et al.,<br><br>               Defendants. | Adversary Proceeding  No. 06-90041<br><br>Re: Dkt. 489 |

**MEMORANDUM OF DECISION ON**
**PLAINTIFF'S MOTION TO EXECUTE ON APPEAL BOND**

    The plaintiff ("Debtor") moves the court to determine the liability of the surety on a supersedeas bond (dkt. no. 345).  For two reasons, I will deny the motion without prejudice to its renewal.

    First, the Debtor has not served the motion on the surety.  At the hearing on the motion, the Debtor's counsel cited Fed. R. Civ. P. 65.1, which authorizes

service on a surety by way of the clerk of court. Rule 65.1 does not apply in the bankruptcy court. Fed. R. Bankr. P. 9025 does apply, but that rule does not permit a party to serve a surety by serving the clerk.

Second, the motion is premature. By a separate order filed concurrently herewith, I am extending the stay pending the second round of appeals in this adversary proceeding. The surety's liability should be determined after the appeals are concluded.

Therefore, the motion is DENIED without prejudice.

/s/ Robert J. Faris
United States Bankruptcy Judge
Dated: 02/27/2013

2